PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON, HI 5890
Acting Regional Chief Counsel
ELIZABETH LANDGRAF
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4828
    Facsimile: (415) 744-0134
    Elizabeth.Landgraf@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAJANAE KAMARI WILSON,<br><br> Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 1:22-cv-00425-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD<br><br>(Doc. 12) |

    The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have a 45-day extension of time to file the Electronic Certified Administrative Record (CAR), extending the date on which the CAR is due from September 12, 2022 to October 27, 2022.

    This is the second extension requested by Defendant to file the CAR. This extension is needed to allow the Social Security Administration's component responsible for production of the

CAR for civil court actions to produce such a record for this case. Defendant apologizes to the Court for any inconvenience caused by this delay.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. This request is made in good faith and is not intended to delay the proceedings in this matter.

Respectfully submitted,

DATE: September 7, 2022        */s/ Jonathan Pena*
                               JONATHAN PENA
                               Attorney for Plaintiff
                               (as approved via email)

                               PHILLIP A. TALBERT
                               United States Attorney
                               PETER THOMPSON
                               Acting Regional Chief Counsel, Region IX
                               Social Security Administration

DATE: September 7, 2022   By   */s/ Elizabeth Landgraf*
                               ELIZABETH LANDGRAF
                               Special Assistant United States Attorney
                               Attorneys for Defendant

**ORDER**

Pursuant to the parties' foregoing stipulation (Doc. 11), and for good cause shown,

IT IS HEREBY ORDERED that Defendant shall have an extension of time until October 27, 2022, to file the certified administrative record. All other deadlines set forth in the Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **September 8, 2022**              */s/ Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE