JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dajanae Kamari Wilson, <br><br> Plaintiff, <br><br> vs. <br><br> Kilolo Kijakazi, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 1:22-cv-00425-SKO <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME <br><br> (Doc. 16) |

  IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from January 11, 2023 to March 13, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

  This is Plaintiff's second request for an extension of time.  Good cause exists for the requested extension. For the weeks of January 9, 2023 and January

16, 2023, Counsel currently has 12 merit briefs, and several letter briefs and reply briefs.  Additional time is needed to thoroughly brief this matter for the Court.

Counsel for Plaintiff is currently taking partial leave as his child was born on October 14, 2022. Thus, Counsel is working limited hours for the months of December 2022 through March 2023 (with a possible extension of parental leave).

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: January 10, 2023        PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: January 10, 2023        PHILLIP A. TALBERT
                               United States Attorney
                               MATHEW W. PILE
                               Associate General Counsel
                               Office of Program Litigation
                               Social Security Administration

By:  *\*/s/ Elizabeth Kathleen Yates Landgraf*
     Elizabeth Kathleen Yates Landgraf
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on Jan. 10, 2023)

# **ORDER**

Based upon the foregoing stipulation of the parties (Doc. 16), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including March 13, 2023, in which to file Plaintiff's motion for summary judgment.  All other deadlines set forth in the Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated:     **January 11, 2023**                    /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE