JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dajanae Kamari Wilson,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:22-cv-00425-SKO<br><br>ORDER GRANTING STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME<br><br>(Doc. 19) |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 23-day extension of time, from March 13, 2023 to April 5, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's third request for an extension of time.  Good cause exists for the requested extension.

This matter is assigned to co-counsel, Dolly M. Trompeter. Ms. Trompeter had every intention of completing the assigned merit brief. However, as of today, due to her terminally ill father who is now in Hospice Care, Ms. Trompeter has made the difficult decision to go on a Leave of Absence. As such, this matter will be reassigned back to undersigned counsel.

For the week of March 13, 2023, undersigned Counsel has five merit briefs. Additionally, Counsel will be undergoing an invasive medical procedure on March 15, 2023 requiring some degree of downtime, with ongoing physical therapy after the fact.

Lastly, Counsel for Plaintiff continues to be on partial parental leave. Accordingly, Counsel for Plaintiff respectfully requests a 23-day extension to complete merit brief in this matter.

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: March 13, 2023          PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
     JONATHAN OMAR PENA
     Attorneys for Plaintiff


Dated: March 13, 2023          PHILLIP A. TALBERT
                               United States Attorney
                               MATHEW W. PILE
                               Associate General Counsel
                               Office of Program Litigation
                               Social Security Administration

By: **/s/ Elizabeth Kathleen Yates Landgraf*
  Elizabeth Kathleen Yates Landgraf
  Special Assistant United States Attorney
  Attorneys for Defendant
  (*As authorized by email on March 13, 2023)

## **ORDER**

Based upon the foregoing stipulation and unopposed motion of the parties (Doc. 19), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including April 5, 2023, in which to file Plaintiff's motion for summary judgment. All other deadlines set forth in the Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **March 14, 2023**            /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE