## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DAJANAE KAMARI WILSON,**

CASE NO: **1:22–CV–00425–SKO**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 09/19/2023**

**Keith Holland**
Clerk of Court

ENTERED:  **September 19, 2023**

by:  /s/  C. Maldonado
Deputy Clerk